1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF CALIFORNIA

3                SACRAMENTO DIVISION

4

5    **ADAM SALAS RAMIREZ,**                         NO. CIV S-04-0759 MCE CMK P

6                                    Petitioner,    **ORDER GRANTING REQUEST
                                                    FOR LEAVE TO FILE**
7              **v.**                               **SUPPLEMENTAL ANSWER**

8    **CLAUDE FINN, Warden,**

9                                    Respondent.

10

11       **GOOD CAUSE APPEARING**, Respondent is granted leave to file a Supplemental

12   Answer to the Petition for Writ of Habeas Corpus.  Petitioner may file a reply within 30 days

13   from the date of service of this order.  The Clerk is directed to file the Supplemental Answer

14   attached to Respondent's request for leave.

15

16   Dated:   August 10, 2005

17

18                                 /s/   **CRAIG M. KELLISON**
                                   Craig M. Kellison
19                                 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

[Proposed] Order

1