IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM SALAS RAMIREZ,   No. CIV S-04-0759-MCE-CMK-P

    Petitioner,

  vs.   ORDER

CLAUDE FINN, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On February 7, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.[1]

/ / /

---

[1] Petitioner's motion for an extension of time to file objections (Doc. 33) will be granted.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2   304, this court has conducted a de novo review of this case. Having carefully reviewed the entire
3   file, the court finds the findings and recommendations to be supported by the record and by
4   proper analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1.   Petitioner's motion for an extension of time to file objections is granted;
7   2.   The findings and recommendations filed February 7, 2007, are adopted in
8   full;
9   3.   Petitioner's petition for a writ of habeas corpus is denied; and
10  4.   The Clerk of the Court is directed to enter judgment and close this file.

Dated: May 24, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE